# Order

June 13, 2014

147150(139)(140)

Michigan Supreme Court
Lansing, Michigan

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GEORGE BADEEN/ALL OTHERS SIMILARLY
SITUATED and MIDWEST RECOVERY AND
ADJUSTMENT, INC.,
         Plaintiffs-Appellants,

v

PAR, INC., d/b/a PAR NORTH AMERICA,
REMARKETING SOLUTIONS, CENTERONE
FINANCIAL SERVICES, L.L.C., FIRST
NATIONAL REPOSSESSORS, INC.,
MILLENNIUM CAPITAL AND RECOVERY
CORPORATION, RENOVO SERVICES, L.L.C.,
RENAISSANCE RECOVERY SOLUTIONS,
INC., ASR NATIONWIDE, L.L.C., THE M.
DAVIS COMPANY, INC., d/b/a U.S.A.
RECOVERY SOLUTIONS, REPOSSESSORS,
INC., AMERICAN RECOVERY SERVICE, INC.,
DIVERSIFIED VEHICLE SERVICES, INC.,
NATIONAL ASSET RECOVERY CORP.,
CONSUMER FINANCIAL SERVICES, L.L.C.,
TD AUTO FINANACE, L.L.C., TOYOTA MOTOR
CREDIT CORPORATION, NISSAN MOTOR
ACCEPTANCE CORPORATION, SANTANDER
CONSUMER U.S.A., INC., PNC BANK, N.A., BANK
OF AMERICA, N.A., FIFTH THIRD BANK, and
THE HUNTINGTON NATIONAL BANK,
         Defendants-Appellees,

and

MV CONNECT, L.L.C., d/b/a IIA, L.L.C.,
GE MONEY BANK, and MANHEIM RECOVERY
SOLUTIONS,
         Defendants.
_____/

SC: 147150
COA: 302878
Wayne CC: 10-004053-CZ

On order of the Chief Justice, the motion of the defendants-appellees for immediate consideration is GRANTED and the motion of the defendants-appellees to strike the plaintiffs-appellants' supplemental brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2014



Clerk